■ In the Matter of the Estate of JOHN N. BURLEIN, Deceased. EBEN C. GOULD, Appellant; ANNA B. PHILIPS, Respondent.— Motion by appellant to resettle order dated July 5, 1966 granted as follows: Decision (26 A D 2d 667) and order, both dated July 5, 1966 amended by adding a provision to the decretal paragraph granting interest on the award of $1,000, commencing July 14, 1959. (*Matter of Noble*, 1 A D 2d 900.) Christ, Acting P. J., Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of ALEXANDER M. EMERMAN, Petitioner, for Admission to the Bar.— Motion by petitioner for leave to appeal to the Court of Appeals from an order of this court, dated December 5, 1966, granted. In our opinion, questions of law have arisen which ought to be reviewed. Beldock, P. J., Ughetta, Christ, Brennan, Rabin, Hopkins and Benjamin, JJ., concur.